# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2014

## NO. 03-14-00279-CV

**Appellant, Gulf Coast Coalition of Cities// Cross-Appellant, Railroad Commission of Texas**

**v.**

**Appellee, Railroad Commission of Texas// Cross-Appellee, Gulf Coast Coalition of Cities**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on March 31, 2014. Gulf Coast Coalition of Cities and the Railroad Commission of Texas have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and the court below, and this decision shall be certified below for observance.